```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 15155
   CARESSA L GIBSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2109


-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 11/17/2006 and was confirmed 01/31/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  35.00%.

     The case was converted to chapter 7 after confirmation 08/18/2007.
-----------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                          PAID        PAID
-----------------------------------------------------------------------
ACC CONSUMER FINANCE L   SECURED VEHIC   15931.08        744.96       2239.35
ACC CONSUMER FINANCE     UNSECURED       NOT FILED          .00          .00
ACC CONSUMER FINANCE L   NOTICE ONLY     NOT FILED          .00          .00
AMERICAN GENERAL FINANCE SECURED NOT I   NOT FILED          .00          .00
AMERICAN GENERAL FINANCE UNSECURED       NOT FILED          .00          .00
AMERICAN GENERAL FINANCE NOTICE ONLY     NOT FILED          .00          .00
NETBANK INC              CURRENT MORTG         .00          .00          .00
NETBANK INC              MORTGAGE ARRE         .00          .00          .00
AMERICAN GENERAL FINANCE UNSECURED       NOT FILED          .00          .00
AMERICAN GENERAL FINANCE UNSECURED       NOT FILED          .00          .00
AMERICAN GENERAL FINANCE UNSECURED       NOT FILED          .00          .00
AMERICAN GENERAL FINANCE UNSECURED       NOT FILED          .00          .00
AMERICAN GENERAL FINANCE UNSECURED       NOT FILED          .00          .00
ARONSON FURNITURE        UNSECURED       NOT FILED          .00          .00
ASSOC FOR REST DENT      UNSECURED       NOT FILED          .00          .00
AT&T BROADBRAND          UNSECURED       NOT FILED          .00          .00
CEDAR RIDGE APT          UNSECURED       NOT FILED          .00          .00
KASPER HEATON            UNSECURED       NOT FILED          .00          .00
ECHO                     UNSECURED       NOT FILED          .00          .00
FAIRLANE CREDIT LLC      UNSECURED       11100.81           .00          .00
FAIRLANE CREDIT LLC      NOTICE ONLY     NOT FILED          .00          .00
FAIRLANE CREDIT          NOTICE ONLY     NOT FILED          .00          .00
NICOR GAS                UNSECURED       NOT FILED          .00          .00
PRIMUS FINANCIAL SERVICE UNSECURED       NOT FILED          .00          .00
QUEST DIAGNOSTICS        UNSECURED       NOT FILED          .00          .00
SAFEWAY                  UNSECURED       NOT FILED          .00          .00
ST JAMES OLYMPIA FIELDS  UNSECURED       NOT FILED          .00          .00
ST JAMES HOSPITAL & HEAL NOTICE ONLY     NOT FILED          .00          .00
ST JAMES HOSPITAL        UNSECURED       NOT FILED          .00          .00
ST JAMES HOSPITAL        NOTICE ONLY     NOT FILED          .00          .00
ST JAMES HOSPITAL & HEAL UNSECURED       NOT FILED          .00          .00
TCF NATIONAL BANK        UNSECURED       NOT FILED          .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 15155 CARESSA L GIBSON
```

```
TCF NATIONAL BANK          NOTICE ONLY    NOT FILED             .00          .00
TRINSIC                    UNSECURED      NOT FILED             .00          .00
VILLAGE OF OLYMPIA FIELD   UNSECURED      NOT FILED             .00          .00
RMI/MCSI                   UNSECURED         950.00             .00          .00
VILLAGE OF RICHTON PARK    UNSECURED      NOT FILED             .00          .00
VILLAGE OF RICHTON PARK    UNSECURED      NOT FILED             .00          .00
VILLAGE OF RICHTON PARK    UNSECURED      NOT FILED             .00          .00
VILLAGE OF UNIVERSITY PA   UNSECURED      NOT FILED             .00          .00
WFNNB                      UNSECURED      NOT FILED             .00          .00
ST JAMES HOSPITAL          UNSECURED         803.69             .00          .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         674.02             .00          .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT     354.00             .00       354.00
NETBANK INC                NOTICE ONLY    NOT FILED             .00          .00
ACCOUNT MANAGEMENT SERVI   NOTICE ONLY    NOT FILED             .00          .00
AMERICAN GENERAL FINANCE   SECURED NOT I    7124.41             .00          .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     3,000.00                       764.70
TOM VAUGHN                 TRUSTEE                                        274.61
DEBTOR REFUND              REFUND                                         277.00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                4,654.62

PRIORITY                                        354.00
SECURED                                       2,239.35
   INTEREST                                     744.96
UNSECURED                                          .00
ADMINISTRATIVE                                  764.70
TRUSTEE COMPENSATION                            274.61
DEBTOR REFUND                                   277.00
                       ---------------    ---------------
TOTALS                 4,654.62               4,654.62
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 11/28/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 06 B 15155 CARESSA L GIBSON